UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RYAN O'DELL, | : |
| | : |
| Plaintiff, | : Civ. No.  1:22-cv-3050 |
| | : |
| v. | : |
| | : |
| SUMMER INFANT, INC., ROBIN MARINO, ALAN MUSTACCHI, STEPHEN ZELKOWICZ, EVELYN D'AN, ANDREW TRAIN, and STUART NOYES, | : |
| | : |
| Defendants. | : |

---

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  May 17, 2022                              Respectfully submitted,

                                              **MELWANI & CHAN LLP**

                                              /s *Gloria Kui Melwani*
                                              Gloria Kui Melwani (GM5661)
                                              1180 Avenue of the Americas, 8th Floor
                                              New York, New York 10036
                                              Tel: (212) 382-4620
                                              Email:  gloria@melwanichan.com

                                              *Attorneys for Plaintiff*